AO 91 (Rev 8/01)　Criminal Complaint

# United States District Court

**SOUTHERN**　　　　**DISTRICT OF**　　　　**TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Miguel Angel Garcia-Armenta

**CRIMINAL COMPLAINT**

Case Number: M-19-917-M

IAE　YOB: 1986
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 22, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ __(Felony)__
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Miguel Angel Garcia-Armenta was encountered by Border Patrol Agents near Roma, Texas on April 22, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 22, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 18, 2015 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 29, 2007, the defendant was convicted of Burglary of Habitation and sentenced to three (3) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by Amy L. Greenbaum 4/23/19

Sworn to before me and subscribed in my presence,

April 23, 2019　2:48 p.m.

Signature of Complainant
Jon Chan　　　　Senior Patrol Agent

Juan F. Alanis　　, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer